UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL FLORES, et al.,<br><br>　　　　Defendants. | 1:14-cv-00589-GSA-PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE<br>(Doc. 1.)<br><br>ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS<br><br>ORDER FOR CLERK TO SEND § 1983 FORM COMPLAINT TO PLAINTIFF |

　　　　Gregory Ell Shehee is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 23, 2014, Plaintiff filed an unsigned civil complaint. (Doc. 1.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's complaint, filed on April 23, 2014, is STRICKEN from the record for lack of signature;

　　　　2.　　The Clerk's Office shall send Plaintiff a form § 1983 complaint;

　　　　3.　　Within thirty days from the date of service of this order, Plaintiff is required to file an amended complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 25, 2014**                              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE