UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SGT. FLORES, et al.,<br><br>            Defendants. | 1:14-cv-00589-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>(Doc. 11.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>SIXTY DAY DEADLINE |

**I.     BACKGROUND**

Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on April 23, 2014.  (Doc. 1.)  On May 5, 2014, Plaintiff filed the First Amended Complaint. (Doc. 6.)  The court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and issued an order on November 4, 2014, dismissing the First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days. (Doc. 10.)

On December 1, 2014, Plaintiff filed a motion to stay the proceedings in this action. (Doc. 11.)

## II. MOTION TO STAY

Plaintiff requests the court to stay the proceedings in this action until after he has eye surgery, because he is legally blind and unable to prosecute this case without assistance. Plaintiff has submitted a medical report dated August 26, 2014, as evidence of his blindness. (Doc. 11 at 3.)

The Court does not lightly stay litigation, due to the possibility of prejudice to defendants. Plaintiff has shown good cause for the court to allow him time for surgery. However, a stay of this action is not Plaintiff's only remedy. Plaintiff's pending deadline in this action is to file a Second Amended Complaint. While Plaintiff has not indicated when his surgery is scheduled or when he will be ready to proceed, the Court shall grant Plaintiff a sixty-day extension of time to file the Second Amended Complaint. Should Plaintiff require a further extension, he should file a motion before the sixty-day deadline expires, showing good cause for the extension to be granted.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action, filed on December 1, 2014, is DENIED; and

2. Good cause appearing, Plaintiff is GRANTED an extension of time until sixty days from the date of service of this order in which to file a Second Amended Complaint, pursuant to the court's order of November 4, 2014.

IT IS SO ORDERED.

Dated: **December 12, 2014**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE