UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL FLORES, et al.,<br><br>　　　　　Defendants. | 1:14-cv-00589-GSA-PC<br><br>ORDER STRIKING MOTION FOR VIOLATION OF INFORMATIONAL ORDER<br>(Doc. 13.) |

　　　Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 23, 2014. (Doc. 1.)

　　　On January 5, 2015, plaintiff filed a motion for appointment of counsel. (Doc. 13.) The caption of Plaintiff's motion contains multiple case numbers, and case names, listed on multiple pages, with an indication that Plaintiff expects the court to consider one motion for multiple cases. (Doc. 13 at 1-3.) Plaintiff may not bring motions for multiple cases in this manner. As Plaintiff was informed in the court's Informational Order issued on April 24, 2014:

> "If a party has more than one case pending and wants to file the same document in more than one case, the party must provide a separate copy of that document, with the correct case number in the first page caption, for each case. Documents with more than one case number in the caption may be stricken/returned. . . . A document which is 'stricken' will not be considered by the Court for any purpose."

(Informational Order, Doc. 3 at 2 ¶II.A, F.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel, filed on January 5, 2015, is STRICKEN from the record for violation of the court's informational order.

IT IS SO ORDERED.

    Dated:   **January 9, 2015**           /s/ Gary S. Austin
                                                                        UNITED STATES MAGISTRATE JUDGE